UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sean Zeigler,

    Petitioner,

    v.                                     Case No.   1:18cv580

Warden, Lebanon Correctional Institution,        Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 16, 2022 (Doc. 29).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 29) have been filed, and the time to do so has passed.

Accordingly, it is **ORDERED** that the R&R (Doc. 29) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Petition as amended is dismissed with prejudice. Because reasonable jurists would not disagree with this conclusion, the Petitioner is denied a certificate of appealability, and this Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and

should not be permitted to proceed in forma pauperis.

**IT IS SO ORDERED.**

    s/*Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court