UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sean Zeigler,

    Petitioner,

        v.                              Case No.   1:18cv580

Warden, Lebanon Correctional Institution,

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on July 12, 2023 (Doc. 33).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 33) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 33) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Petitioner's Motion for Relief of Judgment (Doc. 32) is **DENIED.** Moreover, Petitioner is denied a certificate of appealability, because reasonable jurists would not disagree with the Court's conclusion, and Petitioner shall not be granted leave to appeal *in forma*

*pauperis*, as the Court certifies that any appeal would be objectively frivolous.

**IT IS SO ORDERED.**

                                             *s/Michael R. Barrett*
                                             Michael R. Barrett, Judge
                                             United States District Court